# EXHIBIT 10

## Infringement of U.S. Patent No. 9,730,484
## by Skechers USA Inc. ("Skechers")

The allegations made herein are based on information currently available to Nike. Nike reserves the right to amend and/or supplement these allegations based on information provided during the course of litigation, including during the course of fact and expert discovery. Nike also reserves the right to supplement and/or amend these allegations in light of the construction of any claim terms that are disputed by the parties and to the extent that such claim construction affects any of the claims set forth in the chart below. In the event that a claim element is deemed to be missing under a literal infringement analysis (*e.g.*, due to claim construction), Nike reserves the right to demonstrate the presence of a substantial equivalent of such an element and to pursue infringement under the doctrine of equivalents. Moreover, no statements made herein are intended as an admission regarding the meaning of any claim term.

| '484 Patent Claim Limitations | Evidence of Infringement |
|---|---|
| 1[pre]. An article of footwear comprising an upper including a flat-knitted element formed from at least one yarn mechanically manipulated in a flat-knitting process, the flat-knitted element including a first layer having: | To the extent the preamble is limiting, at least the Arch Fit Glide-Step, Vapor Foam - True Classic, Ultra Flex 3.0 – Let's Dance, Skech-Lite Pro, Ultra Flex – Harmonious, Ultra Flex 3.0 – Classy Charm, GO WALK Arch Fit – Crystal Waves, Skechers Ultra Flex 3.0 – Wintek, Glide-Step – Sparkle, Arch Fit Glide-Step – Dazzling Step, Relaxed Fit: D'Lux Walker, Arch Fit – Good Vibrations, Ultra Flex 3.0 – Big Plan, Slip-ins: Ultra Flex 3.0 - Smooth Step, Martha Stewart x Skechers Slip-ins: Ultra Flex 3, Slip-ins: Ultra Flex 3.0 - Cozy Streak, Slip-ins: Ultra Flex 3.0 - Sparkled Stones, Slip-ins: Ultra Flex 3.0 - Shining Glitz, Slip-ins: Max Cushioning – Smooth, Slip-ins: Arch Fit Glide-Step, Slip-ins: Glide-Step Swift - New Thrill, Slip-Ins: Cessnock – Gwynedd, Slip-ins: GO WALK 6 – Valentina, Slip-ins: Glide-Step Swift – Prose, Slip-ins: Ultra Flex 3.0 - Pastel Clouds, Slip-Ins: Ultra Flex 3.0 - Fresh Time, Slip-Ins: Ultra Flex 3.0 - Colory Wild styles are articles of footwear comprising an upper that, upon information and belief, include a flat-knitted element formed from at least one yarn mechanically manipulated in a knitting process and a first layer.<br><br>The analysis below is representative of the above-listed styles.<br><br>Slip-ins: Ultra Flex 3.0 - Smooth Step:<br><br> |

| | |
|---|---|
| | *See also* Skechers Slip-ins: Ultra Flex 3.0 – Smooth Step Product Page (available at https://www.skechers.com/skechers-slip-ins-ultra-flex-3.0---smooth-step/232450W_NVY.html). <br><br> Arch Fit Glide-Step: <br><br>  <br><br> *See also* Skechers Arch Fit Glide-Step Product Page (https://www.skechers.com/skechers-arch-fit-glide-step/149387_WMLT.html) |
| 1[a]. a central portion having a domed, three-dimensional structure configured for | The knit elements of the uppers of at least the Arch Fit Glide-Step, Vapor Foam - True Classic, Ultra Flex 3.0 – Let's Dance, Skech-Lite Pro, Ultra Flex – Harmonious, Ultra Flex 3.0 – Classy Charm, GO WALK Arch Fit – Crystal Waves, Skechers Ultra Flex 3.0 – Wintek, Glide-Step – Sparkle, Arch Fit Glide-Step – Dazzling Step, Relaxed Fit: D'Lux Walker, Arch Fit – Good Vibrations, Ultra Flex 3.0 – Big Plan, Slip-ins: Ultra Flex 3.0 - Smooth Step, Martha Stewart x Skechers Slip-ins: Ultra Flex 3, Slip- |

| | |
|---|---|
| extending over the top of a foot; | ins: Ultra Flex 3.0 - Cozy Streak, Slip-ins: Ultra Flex 3.0 - Sparkled Stones, Slip-ins: Ultra Flex 3.0 - Shining Glitz, Slip-ins: Max Cushioning – Smooth, Slip-ins: Arch Fit Glide-Step, Slip-ins: Glide-Step Swift - New Thrill, Slip-Ins: Cessnock – Gwynedd, Slip-ins: GO WALK 6 – Valentina, Slip-ins: Glide-Step Swift – Prose, Slip-ins: Ultra Flex 3.0 - Pastel Clouds, Slip-Ins: Ultra Flex 3.0 - Fresh Time, Slip-Ins: Ultra Flex 3.0 - Colory Wild styles have a central portion over the toebox area of the upper having a domed, three-dimensional structure configured for extending over the top of the foot, as shown in the dashed box below.<br><br>The analysis below is representative of the above-listed styles.<br><br>Slip-ins: Ultra Flex 3.0 - Smooth Step:<br><br> |

| | |
|---|---|
| | Arch Fit Glide-Step: |
| 1[b]. a first side portion being formed of unitary construction with the central portion and extending from a first side of the central portion; and | The uppers of the Arch Fit Glide-Step, Vapor Foam - True Classic, Ultra Flex 3.0 – Let's Dance, Skech-Lite Pro, Ultra Flex – Harmonious, Ultra Flex 3.0 – Classy Charm, GO WALK Arch Fit – Crystal Waves, Skechers Ultra Flex 3.0 – Wintek, Glide-Step – Sparkle, Arch Fit Glide-Step – Dazzling Step, Relaxed Fit: D'Lux Walker, Arch Fit – Good Vibrations, Ultra Flex 3.0 – Big Plan, Slip-ins: Ultra Flex 3.0 - Smooth Step, Martha Stewart x Skechers Slip-ins: Ultra Flex 3, Slip-ins: Ultra Flex 3.0 - Cozy Streak, Slip-ins: Ultra Flex 3.0 - Sparkled Stones, Slip-ins: Ultra Flex 3.0 - Shining Glitz, Slip-ins: Max Cushioning – Smooth, Slip-ins: Arch Fit Glide-Step, Slip-ins: Glide-Step Swift - New Thrill, Slip-Ins: Cessnock – Gwynedd, Slip-ins: GO WALK 6 – Valentina, Slip-ins: Glide-Step Swift – Prose, Slip-ins: Ultra Flex 3.0 - Pastel Clouds, Slip-Ins: Ultra Flex 3.0 - Fresh Time, Slip-Ins: Ultra Flex 3.0 - Colory Wild styles have a first side portion formed of unitary construction with the central portion that extends from one side of the central portion in the area shown by the dashed boxes below. |

The analysis below is representative of the above-listed styles.

Slip-ins: Ultra Flex 3.0 - Smooth Step:





Arch Fit Glide-Step:



| | |
|---|---|
| 1[c][i]. a second side portion being formed of unitary construction with the central portion and extending from a second side opposite the first side of the central portion, | The uppers of the Arch Fit Glide-Step, Vapor Foam - True Classic, Ultra Flex 3.0 – Let's Dance, Skech-Lite Pro, Ultra Flex – Harmonious, Ultra Flex 3.0 – Classy Charm, GO WALK Arch Fit – Crystal Waves, Skechers Ultra Flex 3.0 – Wintek, Glide-Step – Sparkle, Arch Fit Glide-Step – Dazzling Step, Relaxed Fit: D'Lux Walker, Arch Fit – Good Vibrations, Ultra Flex 3.0 – Big Plan, Slip-ins: Ultra Flex 3.0 - Smooth Step, Martha Stewart x Skechers Slip-ins: Ultra Flex 3, Slip-ins: Ultra Flex 3.0 - Cozy Streak, Slip-ins: Ultra Flex 3.0 - Sparkled Stones, Slip-ins: Ultra Flex 3.0 - Shining Glitz, Slip-ins: Max Cushioning – Smooth, Slip-ins: Arch Fit Glide-Step, Slip-ins: Glide-Step Swift - New Thrill, Slip-Ins: Cessnock – Gwynedd, Slip-ins: GO WALK 6 – Valentina, Slip-ins: Glide-Step Swift – Prose, Slip-ins: Ultra Flex 3.0 - Pastel Clouds, Slip-Ins: Ultra Flex 3.0 - Fresh Time, Slip-Ins: Ultra Flex 3.0 - Colory Wild styles have a second side portion formed of unitary construction with the central portion that extends from a second side opposite the first side of the central portion in the area shown by the dashed boxes below.<br><br>The analysis below is representative of the above-listed styles. |

Slip-ins: Ultra Flex 3.0 - Smooth Step:



Arch Fit Glide-Step:



| | |
|---|---|
| 1[c][ii]. the domed, three-dimensional structure shaped to extend above the plane of the first side portion and the second side portion when the flat-knitted element is in a flattened configuration. | The central portion of the uppers of the Arch Fit Glide-Step, Vapor Foam - True Classic, Ultra Flex 3.0 – Let's Dance, Skech-Lite Pro, Ultra Flex – Harmonious, Ultra Flex 3.0 – Classy Charm, GO WALK Arch Fit – Crystal Waves, Skechers Ultra Flex 3.0 – Wintek, Glide-Step – Sparkle, Arch Fit Glide-Step – Dazzling Step, Relaxed Fit: D'Lux Walker, Arch Fit – Good Vibrations, Ultra Flex 3.0 – Big Plan, Slip-ins: Ultra Flex 3.0 - Smooth Step, Martha Stewart x Skechers Slip-ins: Ultra Flex 3, Slip-ins: Ultra Flex 3.0 - Cozy Streak, Slip-ins: Ultra Flex 3.0 - Sparkled Stones, Slip-ins: Ultra Flex 3.0 - Shining Glitz, Slip-ins: Max Cushioning – Smooth, Slip-ins: Arch Fit Glide-Step, Slip-ins: Glide-Step Swift - New Thrill, Slip-Ins: Cessnock – Gwynedd, Slip-ins: GO WALK 6 – Valentina, Slip-ins: Glide-Step Swift – Prose, Slip-ins: Ultra Flex 3.0 - Pastel Clouds, Slip-Ins: Ultra Flex 3.0 - Fresh Time, Slip-Ins: Ultra Flex 3.0 - Colory Wild styles (red boxed area) are shaped to extend above a plane of first and second side portions when the flat-knitted element is in a flattened configuration, *i.e.*, when the heel seam or seams attaching the upper to the slip-in heel are undone and the upper is flattened.<br><br>The analysis below is representative of the above-listed styles.<br><br>Slip-ins: Ultra Flex 3.0 - Smooth Step:<br><br> |

Arch Fit Glide-Step:

