Christopher J. Renk (admitted *pro hac vice*)
  chris.renk@arnoldporter.com
Michael J. Harris (admitted *pro hac vice*)
  michael.harris@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602
Telephone:  (312) 583-2300

*Attorneys for Plaintiff, Counter-Defendant Nike, Inc.*
*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, Counter-Defendant, <br><br> v. <br><br> SKECHERS U.S.A. INC., <br><br> Defendant, Counter-Plaintiff. | Case No. 2:23-cv-09346-AB-PVC <br><br> **NIKE, INC.'S ANSWER TO SKECHERS U.S.A. INC.'S COUNTERCLAIMS** <br><br> JURY TRIAL REQUESTED |

Plaintiff and Counter-Defendant Nike, Inc. ("Nike"), through undersigned counsel, files this Answer to Defendant and Counter-Plaintiff Skechers U.S.A. Inc.'s ("Skechers") Answer to Complaint and Counterclaims (ECF No. 34). Nike answers as follows:

## PARTIES

1. Nike admits the allegations of Paragraph 1.

2. Nike admits the allegations of Paragraph 2.

## JURISDICTION AND VENUE

3. Nike admits this action arises under the Patent Laws of the United States of America, 35 U.S.C. § 1 *et seq.* Nike admits this Court has subject matter jurisdiction over the action under 28 U.S.C. §§ 1331 and 1338, based on actual controversy between Skechers, on the one hand, and Nike, on the other hand, for claims under the Patent Laws of the United States of America, 35 U.S.C. § 1 *et seq*. Nike admits Skechers is seeking relief pursuant to the Declaratory Act, 28 U.S.C. §§ 2201 and 2202, but Nike denies Skechers is entitled to the relief it seeks.

4. Nike admits an actual and justiciable controversy exists between Skechers and Nike based on Nike having filed a Complaint against Skechers accusing Skechers' products of infringing one or more of U.S. Patent Nos. 8,266,749, 9,060,562, 9,510,636, 9,730,484, 9,918,511, and 9,986,781. Nike admits the actual and justiciable controversy between Skechers and Nike concerns the validity and

NIKE, INC.'S ANSWER TO SKECHERS U.S.A. INC.'S COUNTERCLAIMS

infringement of these patents.  Except as so admitted, Nike denies the remaining allegations in Paragraph 4.

    5.    Nike admits the Court may exercise personal jurisdiction over Nike in this case because Nike submitted to the personal jurisdiction of this Court by filing the Complaint.  Nike admits it maintains a place of business in this judicial district.  Nike admits it leases a distribution center in Foothill Ranch, California from which Nike brand apparel and equipment are shipped.  Nike admits it operates retail stores in this judicial district at which it sells and offers for sales its products.  Except as so admitted, Nike denies the remaining allegations of Paragraph 5.

    6.    Nike admits this Court may exercise personal jurisdiction over Nike in this case.  Nike admits it has transacted and solicited business in California.  Except as so admitted, Nike denies the remaining allegations of Paragraph 6.

    7.    Nike admits venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400 because Nike submitted to the venue of this Court by filing the Complaint.  Except as so admitted, Nike denies the remaining allegations of Paragraph 7.

    8.    Nike admits the allegations of Paragraph 8.

    9.    Nike denies the allegations of Paragraph 9.

    10.    Nike denies the allegations of Paragraph 10.

    11.    Nike denies the allegations of Paragraph 11.

    12.    Nike denies the allegations of Paragraph 12.

NIKE, INC.'S ANSWER TO SKECHERS U.S.A. INC.'S COUNTERCLAIMS

13.     Nike denies Skechers is entitled to an award of its attorneys' fees incurred in connection with this action.  Nike admits this is an exceptional case within the meaning of 35 U.S.C. § 285, but only to the extent that Nike, as the prevailing party, is entitled to its attorneys' fees incurred in connection with this action.  Except as so admitted, Nike denies the remaining allegations of Paragraph 13.

## FIRST COUNTERCLAIM

(Declaratory Judgment of Non-Infringement of the '749 Patent)

14.     Nike repeats and incorporates by reference its responses to Paragraph 1 to 13 as though fully set forth herein.

15.     Nike denies the allegations of Paragraph 15.

16.     Nike admits it has the burden of proof on Skechers' infringement of U.S. Patent No. 8, 266,749.  Except as so admitted, Nike denies the remaining allegations of Paragraph 16.

17.     Nike admits Paragraph 22 of the Complaint contains at least some of Nike's infringement allegations for U.S. Patent No. 8,266,749, and Nike reserves the right to provide additional infringement allegations and details through discovery in this case.  Except as so admitted, Nike denies the remaining allegations of Paragraph 17.

18.     Nike denies the allegations of Paragraph 18.

19.     Nike denies the allegations of Paragraph 19.

20.     Nike denies the allegations of Paragraph 20.

- 3 -

21. Nike denies the allegations of Paragraph 21.

**SECOND COUNTERCLAIM**

(Declaratory Judgment of Non-Infringement of the '562 Patent)

22. Nike repeats and incorporates by reference it responses to Paragraph 1 to 21 as though fully set forth herein.

23. Nike denies the allegations of Paragraph 23.

24. Nike admits it has the burden of proof on Skechers' infringement of U.S. Patent No. 9,060,562. Except as so admitted, Nike denies the remaining allegations of Paragraph 24.

25. Nike admits Paragraph 31 of the Complaint contains at least some of Nike's infringement allegations for U.S. Patent No. 9,060,562, and Nike reserves the right to provide additional infringement allegations and details through discovery in this case. Except as so admitted, Nike denies the remaining allegations of Paragraph 25.

26. Nike denies the allegations of Paragraph 26.

27. Nike denies the allegations of Paragraph 27.

28. Nike denies the allegations of Paragraph 28.

29. Nike denies the allegations of Paragraph 29.

## THIRD COUNTERCLAIM

(Declaratory Judgment of Non-Infringement of the '636 Patent)

30. Nike repeats and incorporates by reference it responses to Paragraph 1 to 29 as though fully set forth herein.

31. Nike denies the allegations of Paragraph 31.

32. Nike admits it has the burden of proof on Skechers' infringement of U.S. Patent No. 9,510,636. Except as so admitted, Nike denies the remaining allegations of Paragraph 32.

33. Nike admits Paragraph 40 of the Complaint contains at least some of Nike's infringement allegations for U.S. Patent No. 9,510,636, and Nike reserves the right to provide additional infringement allegations and details through discovery in this case. Except as so admitted, Nike denies the remaining allegations of Paragraph 33.

34. Nike denies the allegations of Paragraph 34.

35. Nike denies the allegations of Paragraph 35.

36. Nike denies the allegations of Paragraph 36.

37. Nike denies the allegations of Paragraph 37.

## FOURTH COUNTERCLAIM

(Declaratory Judgment of Non-Infringement of the '484 Patent)

38. Nike repeats and incorporates by reference it responses to Paragraph 1 to 37 as though fully set forth herein.

39. Nike denies the allegations of Paragraph 39.

40. Nike admits it has the burden of proof on Skechers' infringement of U.S. Patent No. 9,730,484. Except as so admitted, Nike denies the remaining allegations of Paragraph 40.

41. Nike admits Paragraph 48 of the Complaint contains at least some of Nike's infringement allegations for U.S. Patent 9,730,484, and Nike reserves the right to provide additional infringement allegations and details through discovery in this case. Except as so admitted, Nike denies the remaining allegations of Paragraph 41.

42. Nike denies the allegations of Paragraph 42.

43. Nike denies the allegations of Paragraph 43.

44. Nike denies the allegations of Paragraph 44.

45. Nike denies the allegations of Paragraph 45.

### FIFTH COUNTERCLAIM

(Declaratory Judgment of Non-Infringement of the '511 Patent)

46. Nike repeats and incorporates by reference it responses to Paragraph 1 to 45 as though fully set forth herein.

47. Nike denies the allegations of Paragraph 47.

48. Nike admits it has the burden of proof on Skechers' infringement of U.S. Patent No. 9,918,511. Except as so admitted, Nike denies the remaining allegations of Paragraph 48.

NIKE, INC.'S ANSWER TO SKECHERS U.S.A. INC.'S COUNTERCLAIMS

49. Nike admits Paragraph 56 of the Complaint contains at least some of Nike's infringement allegations for U.S. Patent No. 9,918,511, and Nike reserves the right to provide additional infringement allegations and details through discovery in this case. Except as so admitted, Nike denies the remaining allegations of Paragraph 49.

50. Nike denies the allegations of Paragraph 50.

51. Nike denies the allegations of Paragraph 51.

52. Nike denies the allegations of Paragraph 52.

53. Nike denies the allegations of Paragraph 53.

## SIXTH COUNTERCLAIM

(Declaratory Judgment of Non-Infringement of the '781 Patent)

54. Nike repeats and incorporates by reference it responses to Paragraph 1 to 53 as though fully set forth herein.

55. Nike denies the allegations of Paragraph 55.

56. Nike admits it has the burden of proof on Skechers' infringement of U.S. Patent No. 9,986,781. Except as so admitted, Nike denies the remaining allegations of Paragraph 56.

57. Nike admits Paragraph 64 of the Complaint contains at least some of Nike's infringement allegations for U.S. Patent No. 9,986,781, and Nike reserves the right to provide additional infringement allegations and details through discovery in

this case. Except as so admitted, Nike denies the remaining allegations of Paragraph 57.

58. Nike denies the allegations of Paragraph 58.

59. Nike denies the allegations of Paragraph 59.

60. Nike denies the allegations of Paragraph 60.

61. Nike denies the allegations of Paragraph 61.

## SEVENTH COUNTERCLAIM

(Declaratory Judgment of Invalidity of the '749 Patent)

62. Nike repeats and incorporates by reference it responses to Paragraph 1 to 61 as though fully set forth herein.

63. Nike denies the allegations of Paragraph 63.

64. Nike denies the allegations of Paragraph 64.

## EIGHTH COUNTERCLAIM

(Declaratory Judgment of Invalidity of the '562 Patent)

65. Nike repeats and incorporates by reference it responses to Paragraph 1 to 64 as though fully set forth herein.

66. Nike denies the allegations of Paragraph 66.

67. Nike denies the allegations of Paragraph 67.

## NINTH COUNTERCLAIM

(Declaratory Judgment of Invalidity of the '636 Patent)

68. Nike repeats and incorporates by reference it responses to Paragraph 1 to 67 as though fully set forth herein.

69. Nike denies the allegations of Paragraph 69.

70. Nike denies the allegations of Paragraph 70.

## TENTH COUNTERCLAIM

(Declaratory Judgment of Invalidity of the '484 Patent)

71. Nike repeats and incorporates by reference it responses to Paragraph 1 to 70 as though fully set forth herein.

72. Nike denies the allegations of Paragraph 72.

73. Nike denies the allegations of Paragraph 73.

## ELEVENTH COUNTERCLAIM

(Declaratory Judgment of Invalidity of the '511 Patent)

74. Nike repeats and incorporates by reference it responses to Paragraph 1 to 73 as though fully set forth herein.

75. Nike denies the allegations of Paragraph 75.

76. Nike denies the allegations of Paragraph 76.

## TWELFTH COUNTERCLAIM

(Declaratory Judgment of Invalidity of the '781 Patent)

77. Nike repeats and incorporates by reference it responses to Paragraph 1 to 76 as though fully set forth herein.

78. Nike denies the allegations of Paragraph 78.

79. Nike denies the allegations of Paragraph 79.

## RELIEF SOUGHT

Nike denies that Skechers is entitled to any of the relief sought in Skechers' prayer for relief.

## JURY TRIAL DEMAND

Nike admits Skechers purports to requests a trial by jury of all issues so triable.

| | |
|---|---|
| Dated: February 2, 2024 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | By: */s/ Michael J. Gershoni* |
| | Christopher J. Renk (admitted *pro hac vice*) |
| | chris.renk@arnoldporter.com |
| | Michael J. Harris (admitted *pro hac vice*) |
| | michael.harris@arnoldporter.com |
| | Arnold & Porter Kaye Scholer LLP |
| | 70 W. Madison Street, Suite 4200 |
| | Chicago, IL 60602 |
| | Telephone: (312) 583-2300 |
| | |
| | Bridgette C. Gershoni (SBN 313806) |
| | bridgette.gershoni@arnoldporter.com |
| | Michael J. Gershoni (SBN 311192) |
| | michael.gershoni@arnoldporter.com |
| | Arnold & Porter Kaye Scholer LLP |
| | 601 Massachusetts Ave., NW |
| | Washington, D.C. 20001 |
| | Telephone: (202) 942-5000 |
| | |
| | Hilda Obeng (admitted *pro hac vice*) |
| | hilda.obeng@arnoldporter.com |
| | Arnold & Porter Kaye Scholer LLP |
| | 250 West 55th Street |
| | New York, NY 10019-9710 |
| | Telephone: (212) 836-7883 |
| | |
| | Michael J. Sebba (SBN 345439) |
| | michael.sebba@arnoldporter.com |
| | Arnold & Porter Kaye Scholer LLP |
| | 777 South Figueroa Street, 44th Floor |
| | Los Angeles, CA 90017-5844 |
| | Telephone: (213) 243-4000 |
| | |
| | *Attorneys for Plaintiff, Counter-Defendant Nike, Inc.* |

NIKE, INC.'S ANSWER TO SKECHERS U.S.A. INC.'S COUNTERCLAIMS