1
2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

3
4
5
6
7
8

| | |
|---|---|
| NIKE, INC., | Case No. 2:23-cv-09346-AB (PVCx) |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR PROTECTIVE ORDER AND E-DISCOVERY ORDER** |
| SKECHERS U.S.A., INC. | |
| Defendant. | |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1        Plaintiff and Counterclaim-Defendant Nike, Inc. and Defendant and Counterclaim-Plaintiff Skechers, U.S.A, Inc., by and through their respective counsel, have stipulated to and jointly request that the Court enter the proposed Protective Order and Order Regarding E-Discovery, which are attached hereto.

        The parties' proposed Protective Order is a modified version of Magistrate Judge Pedro V. Castillo's Form Stipulated Protective Order (Apr. 2020).  Consistent with Magistrate Judge Pedro V. Castillo's Procedure 14, the parties believe there is good cause for entrance of the proposed Protective Order for the reasons discussed in Ex. 1 to this Stipulation, including because the above captioned patent litigation is likely to involve proprietary and/or valuable research, development, commercial, and financial materials and information for which special protection from public disclosure and from use for any purpose other than prosecution of this action is warranted.  Further consistent with Magistrate Judge Pedro V. Castillo's Procedure 14, the parties' proposed Protective Order does not provide for the automatic sealing of all confidential documents.

Dated: March 12, 2024

By:    /s/ Michael J. Gershoni  

    Christopher J. Renk (admitted *pro hac vice*)
    Chris.Renk@arnoldporter.com
    Michael J. Harris (admitted *pro hac vice*)
    Michael.Harris@arnoldporter.com
    ARNOLD & PORTER KAYE SCHOLER LLP
    70 West Madison Street, Suite 4200
    Chicago, Illinois 60602-4231
    Telephone: (312) 583-2300

    Bridgette C. Gershoni (SBN 313806)
    Bridgette.Gershoni@arnoldporter.com
    Michael J. Gershoni (SBN 311192)
    Michael.Gershoni@arnoldporter.com
    601 Massachusetts Ave., NW
    Washington, D.C., 20001
    Telephone: (202) 942-6745

    Hilda Obeng (admitted *pro hac vice*)
    Hilda.Obeng@arnoldporter.com
    ARNOLD & PORTER KAYE SCHOLER LLP
    250 West 55th Street
    New York, NY 10019-9710
    Telephone: (212) 836-7883

    Michael Sebba (SBN 345439)
    Michael.Sebba@arnoldporter.com
    ARNOLD & PORTER KAYE SCHOLER LLP
    777 South Figueroa Street, 44th Floor
    Los Angeles, CA 90017-5844
    Telephone: (213) 243-4000

*Attorneys for Plaintiff and Counterclaim-Defendant Nike, Inc.*

By:    /s/ Thomas C. Werner  

Morgan Chu
mchu@irell.com
Samuel K. Lu
slu@irell.com
Keith A. Orso
korso@irell.com
Thomas C. Werner
twerner@irell.com
IRELL & MANELLA LLP
1800 Avenue Of The Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Defendant
And Counterclaim-Plaintiff
SKECHERS U.S.A., INC.*

**ATTESTATION OF CONCURRENCE**

I, Michael J. Gershoni, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION FOR PROTECTIVE ORDER AND E-DISCOVERY ORDER**. I attest that, pursuant to United States District Court, Central District of California Local Rule 5-4.3.4(a)(2), all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

Dated: March 12, 2024                                          */s/ Michael J. Gershoni*
                                                                               Michael J. Gershoni