**Morgan Chu**
mchu@irell.com
**Samuel K. Lu**
slu@irell.com
**Keith A. Orso**
korso@irell.com
**Thomas C. Werner**
twerner@irell.com
**Connor R. He-Schaefer**
che-schaefer@irell.com
**IRELL & MANELLA LLP**
1800 Avenue Of The Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

**Attorneys for Defendant and Counterclaim-Plaintiff Skechers U.S.A,, Inc.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SKECHERS U.S.A., INC., <br><br> Defendant. | Case No. 2:23-cv-09346-AB-PVC <br><br> **SKECHERS U.S.A., INC.'S NOTICE OF FILING OF CLAIM CONSTRUCTION HEARING TUTORIAL AND DEMONSTRATIVES** |

Pursuant to the Court's March 28, 2024 Order Re: Case Scheduling (Dkt. No. 49), Defendant and Counterclaim-Plaintiff Skechers U.S.A., Inc. ("Skechers") hereby submits this Notice of Filing of Claim Construction Hearing Tutorial and Demonstratives.

1. Attached as Exhibit A is a PDF of Technology Tutorial slides that Skechers has prepared for the July 12, 2024 Claim Construction Hearing.

2. Attached as Exhibit B is a PDF of argument slides that Skechers has prepared for the July 12, 2024 Claim Construction Hearing.

3. Attached as Exhibit C is a listing of physical demonstratives upon which Skechers may rely at the July 12, 2024 Claim Construction Hearing. Skechers will make these physical demonstratives available for Nike to inspect at Irell & Manella's Century City office at a mutually agreeable date and time.

Pursuant to the Court's Standing Order, chambers copies of Exhibits A, B, and C, including PowerPoint files of Exhibits A and B, will be delivered to the Court on Monday, July 1, 2024.

Dated:  June 28, 2024            IRELL & MANELLA LLP

By: /s/ *Michael M. Rosen*
Michael M. Rosen

Morgan Chu (70446)
mchu@irell.com
Samuel K. Lu (171969)
slu@irell.com
Keith A. Orso (217490)
korso@irell.com
Thomas C. Werner (223792)
twerner@irell.com
Connor R. He-Schaefer (341545)
che-schaefer@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Jonathan M. Lindsay (208840)
jlindsay@irell.com
Jie Gao (348941)
jgao@irell.com

| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
| 2 | 840 Newport Center Drive, Suite 400 |
|   | Newport Beach, CA 92660 |
| 3 | Telephone: (949) 760-0991 |
|   | Facsimile: (949) 760-5200 |
| 4 | |
| 5 | Michael M. Rosen (230964) |
|   | mrosen@irell.com |
| 6 | IRELL & MANELLA LLP |
| 7 | 750 17th Street NW |
|   | Suite 850 |
| 8 | Washington, DC 20006 |
| 9 | Telephone: (202) 777-6500 |
| 10 | Attorneys for Defendant |
|   | And Counterclaim-Plaintiff |
| 11 | Skechers U.S.A., Inc. |

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067.

On June 28, 2024, I served electronic versions of the Technology Tutorial and argument slides described in the foregoing document as Exhibits A and B on each interested party, as follows:

xNike-v-Skechers-FW xNike-v-Skechers-FW@arnoldporter.com

[X] (BY ELECTRONIC MAIL) I caused the foregoing document to be served electronically by electronically mailing a link to download a true and correct copy of each document described above through Irell & Manella LLP's electronic mail system to the e-mail address(es), as set forth above, and the transmission was reported as complete and no error was reported.

Executed on June 28, 2024, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Connor R. He-Schaefer (che-schaefer@irell.com) | /s/ *Connor R. He-Schaefer* |
|---|---|
| (Type or print name) | (Signature) |

- 4 -