# Exhibit A

# *NIKE, INC.*

## *vs.*

## *SKECHERS U.S.A., INC.*



## Skechers' Technology Tutorial

Samuel Lu

Keith Orso

Michael Rosen

July 12, 2024

# Tutorial

## Footgear Terminology

## Knitting Terminology

## Patents In Suit

# Major Components Of A Shoe



Upper

Sole

# Sides Of A Shoe



Lateral Side

Medial Sides

Lateral Side

# Regions Of A Shoe



heel region          midfoot region          forefoot region

# Relevant Components Of An Upper



# Tutorial

Footgear Terminology

## Knitting Terminology

Patents In Suit

# Patents At Issue Address Knitting Uppers



## SUMMARY OF THE INVENTION

The present invention is an upper for an article of footwear, the upper incorporating a textile element formed with a knitting machine, for example. In one aspect of the invention, the

# Patents Disclose Two Types Of Knitting Machines



**Circular Knitting Machine**

**Flat Knitting Machine**

# Circular Knitting Machines Were Preexisting Technology

"Another suitable knitting machine for forming textile element **40** is a wide-tube circular knitting machine that is produced in the Lonati Group by Santoni S.p.A. of Italy under the SM8 TOP1 model number.... A wide-tube circular knitting machine, as produced by Santoni S.p.A., forms a generally cylindrical textile structure and is capable of forming various types of stitches within a single textile structure."



'749 Patent at 7:14-29;
https://web.archive.org/web/20080101170941/http://www.santoni.com:80/macchine-sheet.asp?idm=251

# Circular Knitting Machines Produce Circular (Tubular) Knit Structures

"An example of a textile structure **60** that may be formed with a wide-tube circular knitting machine is depicted in FIG. 9."



**Figure 9**



'749 Patent at 7:38-40, FIG. 9, FIG. 9 modified.

# Flat Knitting Machines Were Preexisting Technology



## Prior art cited by Nike's patents include:

[54] **PATTERN CONTROL DEVICE FOR FLAT KNITTING MACHINES**

[45] **Date of Patent:** **Jul. 16, 1991**

See References Cited for Nike's U.S. Patent No. 9,510,636 (citing U.S. Patent No. 5,031,423).

SKECHERS 12

"FIG. 21 illustrates knitting machine **1700** nearly completing the knitting process of forming first knitted component **500**."



FIG. 21

SKECHERS 13

# Flat Knitting Machines Produce Flat Knit Structures

"Referring now to FIG. 5, an exemplary embodiment of a first knitted component **500** is shown in a top plan view."



FIG. 5

'562 Patent at 7:54-55, FIG. 5.

SKECHERS

14

# Two Types Of Mechanical Knitting Processes



"A variety of mechanical processes have been developed to manufacture a textile. In general, the mechanical processes may be classified as either ==warp knitting== or ==weft knitting==."

'749 Patent at 6:65-67.

# Two Main Types Of Knitting

## Weft Knitting



## Warp Knitting



*Knitting Technology: A comprehensive handbook and practical guide*, David J. Spencer (3d Ed. 2001), at 48-49.

# Knitting Machines Can Create Different Textures In Different Areas

"That is, the type of stitch that is formed at each location on the textile structure may be selected by programming the wide-tube circular knitting machine such that specific needles either accept or do not accept yarn at each stitch location. In this manner, various patterns, textures, or designs may be selectively and purposefully imparted to the textile structure."

"Various types of stitches may also be formed with other types of knitting machines."



Figure 10



Figure 11

'749 Patent at 7:31-37, 9:3-4, FIGS. 10-11.

SKECHERS 17

# Making Non-Knit Uppers Requires Joining Lots Of Elements

"A variety of material elements (e.g., textiles, polymer foam, polymer sheets, leather, synthetic leather) are conventionally used in manufacturing the upper. … In order to impart the different properties to different areas of the upper, material elements are often cut to desired shapes and then joined together, usually with stitching or adhesive bonding."



suede element #1
suede element #2
suede element #3
mesh
suede element #4

'562 Patent at 1:56-67;
https://www.newbalance.com/pd/9060/U9060V1-40381.html

"As the number and type of material elements incorporated into the upper increases, the time and expense associated with transporting, stocking, cutting, and joining the material elements may also increase. Waste material from cutting and stitching processes also accumulates to a greater degree as the number and type of material elements incorporated into the upper increases. Moreover, uppers with a greater number of material elements may be more difficult to recycle than uppers formed from fewer types and numbers of material elements."

# Making Knit Uppers Decreases Waste And Increases Efficiencies

"By decreasing the number of material elements used in the upper, therefore, waste may be decreased while increasing the manufacturing efficiency and recyclability of the upper."

'562 Patent at 2:11-14.

"Each textile element **40** is then removed from textile structure **60** with a die-cutting, laser-cutting, or other conventional cutting operation. Once textile element **40** is removed from textile structure **60**, seams **51-54** may be formed and textile element **40** may be incorporated into footwear **10**."



Figure 9

'749 Patent at 8:4-8, FIG. 9.

# Flat Knitting To "A Final Desired Shape" Is Even More Advantageous

"Flat knitting, when used in example structures according to this invention, can provide various advantages. For example, flat knitting can be used to provide textile structures for use in footwear uppers of _**a final desired shape**_ such that textile cutting steps can be avoided (which eliminates waste, avoids the need to finish cut edges, saves time, saves money, etc.)."



FIG. 21

'484 Patent at 4:49-55 (emphasis added); '562 Patent at FIG. 21.

SKECHERS 22

# Tutorial

Footgear Terminology

Knitting Terminology

**Patents In Suit**

# Patents in Suit



**Family of U.S. 7,347,011**



**Family of U.S. 8,448,474**



# The '781 Patent



 '781

(54) **ARTICLE OF FOOTWEAR HAVING A TEXTILE UPPER**

# Different Areas Of Knitted Upper Have Different Textures



Figure 10

"[T]he textile element has a first area and a second area …. The first area is formed of a first stitch configuration, and the second area is formed of a second stitch configuration that is different from the first stitch configuration to impart varying textures to a surface of the textile element."

"With reference to FIG. 10, a textile element **40'** … is depicted as having various areas with different textures."

'781 Patent at 3:48-53, 9:34-36, FIG. 10 (rotated).

# Fig. 10 Shows A Smooth Texture In A First Area



Figure 10

"For example, a central area that corresponds with instep region **33** has a first texture **46'** that is generally smooth."

'781 Patent at 9:36-38, FIG. 10 (rotated and annotated).



Figure 10

"[T]extile element **40**' includes a second texture **47**' that is a plurality of longitudinal ribs. When incorporated into footwear **10**, the ribs will extend longitudinally along lateral region **31** and medial region **32**, and the ribs may extend into heel region **35**."

'781 Patent at 9:38-43, FIG. 10 (rotated and annotated).

# The Ribbed Texture May Be "Aesthetic" Or "May Affect … Stretch"



**Figure 10**

> "The ribs may be present for aesthetic purposes, or may affect the stretch properties of upper **20**, for example."

'781 Patent at 9:43-44, FIG. 10 (rotated).

# Other Knitted Products Also Use Ribbed Texture To Affect Stretch



**GOLDTOE** EST. 1934

**Gold Toe Socks: "Featuring a …ribbed design to stay in place all day…"**

https://www.goldtoe.com/womens-casual-ribbed-crew-socks-6-pairs/

# '781 Patent Claims Longitudinally Ribbed Texture



**'781**

US009986781B2

(12) **United States Patent**
    Dua et al.

(10) Patent No.: **US 9,986,781 B2**
(45) Date of Patent: **Jun. 5, 2018**

(54) ARTICLE OF FOOTWEAR HAVING A TEXTILE UPPER

(71) Applicant: **NIKE, Inc.,** Beaverton, OR (US)

(72) Inventors: **Bhupesh Dua,** Portland, OR (US); **Edward Nathaniel Thomas,** Portland, OR (US)

(73) Assignee: **NIKE, Inc.,** Beaverton, OR (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/610,089**

(22) Filed: **May 31, 2017**

(65)          **Prior Publication Data**

US 2017/0258172 A1    Sep. 14, 2017

          **Related U.S. Application Data**

(63) Continuation of application No. 14/503,514, filed on Oct. 1, 2014, now Pat. No. 9,743,705, which is a (Continued)

(51) Int. Cl.
    *A43B 1/04*        (2006.01)
    *D04B 21/20*        (2006.01)
                (Continued)

(52) U.S. Cl.
    CPC ......... *A43B 1/04* (2013.01); *A43B 7/005* (2013.01); *A43B 9/02* (2013.01); *A43B 23/025* (2013.01); (Continued)

(58) Field of Classification Search
    CPC ... A43B 1/00; A43B 1/02; A43B 1/04; A43B 23/00; A43B 23/0205; A43B 23/0265 (Continued)

(56)          **References Cited**
          U.S. PATENT DOCUMENTS

601,192 A    3/1898 Woodside
781,520 A    5/1904 Matthew
                (Continued)

          FOREIGN PATENT DOCUMENTS

DE    870983    3/1953
DE    1084173    6/1960
                (Continued)

          OTHER PUBLICATIONS

Petitioner's Reply to Patent Owner's Response for Inter Partes Review IPR2016-00921 dated Apr. 21, 2017, 32 pages.
(Continued)

*Primary Examiner* — Marie Bays
(74) *Attorney, Agent, or Firm* — Shook, Hardy & Bacon L.L.P.

(57)          **ABSTRACT**

An article of footwear and a method of manufacturing the article of footwear are disclosed. The footwear may include an upper and a sole structure. The upper incorporates a textile element with edges that are joined together to define at least a portion of a void for receiving a foot. The textile element may also have a first area and a second area with a unitary construction with varying stitch configurations. The upper may also incorporate longitudinal ribs extending along the lateral and/or medial sides of the upper. Various warp knitting or weft knitting processes may be utilized to form the textile element.

**20 Claims, 12 Drawing Sheets**

---

**1.** An upper for an article of footwear, the upper comprising:

a flat knit textile element having: (1) flat knit edges free of surrounding textile structure such that the flat knit edges are not surrounded by textile structure from which the textile element must be removed, and (2) a plurality of ribs integrally knitted into the flat knit textile element,

wherein one or more ribs extend longitudinally along one or more of a lateral side and a medial side of the upper, the one or more ribs extending from the forefoot region toward the heel region and terminating in one of the midfoot region or the heel region.

SKECHERS

31

# Corresponding Regions From The Claims



**Figure 10**

*These labels apply to a right-footed upper; otherwise, the lateral and medial labels would switch.*

'781 Patent at FIG. 10 (rotated and annotated).

SKECHERS 32

# The '749 Patent



## (54) ARTICLE OF FOOTWEAR HAVING A TEXTILE UPPER

# The '511 Patent





**(54)  ARTICLE OF FOOTWEAR HAVING A TEXTILE UPPER**



**Figure 11**

"Textile element **40**" includes areas with three different textures. A first texture **46**" is generally smooth… a second texture **47**", which is generally rough in comparison with first texture **46**"…[and] a third texture **48**"."

'511 Patent at 9:60-10:1, FIG. 11 (rotated and annotated).

# Different Textures Are Formed By Varying The Type Of Stitch



**Figure 11**

"The different textures **46**"-**48**" are formed by merely varying the type of stitch formed by the wide-tube circular knitting machine at each location of textile element **40**"."

'511 Patent at 10:1-4, FIG. 11 (rotated).

# The Texture May Be "Aesthetic" Or "May Be Structural"



**Figure 11**

"Textures **46**"-**48**" may exhibit aesthetic differences, or the differences may be structural.... Accordingly, the various stitches ... may be utilized to vary the texture, physical properties, or aesthetics of footwear **10** ...."

'511 Patent at 10:4-18, FIG. 11 (rotated).

SKECHERS 37

# The Texture May Give Rise To Different Properties



**Figure 11**

"For example, the degree of stretch in areas with textures **46**"-**48**" may be different, or the wear resistance of the areas may vary depending upon the stitch utilized. The air-permeability of textile element **40**" may also vary in the different areas."

'511 Patent at 10:5-9, FIG. 11 (rotated).

SKECHERS   38

# Other Knitted Products Also Use Different Stitches/Texture



**GOLDTOE**
EST. 1934

**Gold Toe Socks: "Featuring a …ribbed design to stay in place all day…"**

https://www.goldtoe.com/womens-casual-ribbed-crew-socks-6-pairs/

# Changing The Yarn Type May Also Vary The Properties



"[T]he type of yarn utilized in various areas of textile elements **40**' and **40**" may be changed to impart different properties .... For example, ***elastane*** may be utilized to impart stretch, wool may be utilized for insulation, and nylon may be utilized for durability."

'511 Patent at 10:21-29 (emphasis added).

# Other Knitted Products Also Use Different Yarns To Affect Properties



## GOLDTOE
EST. 1934

- "Spandex [(elastane)] for a Perfect Fit"

- "[W]hen you see our iconic, reinforced gold toe, you know these socks were built to last."

https://www.goldtoe.com/6-pair-cotton-short-crew/

# '749 Patent Claims Focus On Different Textures



1. A method of manufacturing an article of footwear, the method comprising:

simultaneously knitting a textile element with a surrounding textile structure, the knitted textile element having at least one knitted texture that differs from a knitted texture in the surrounding knitted textile structure;

removing the knitted textile element from the surrounding knitted textile structure;

incorporating the knitted textile element into the article of footwear.



1. An upper for an article of footwear, the upper comprising:

a flat knit textile element comprising (1) flat knit edges free of surrounding textile structure such that the flat knit edges are not surrounded by textile structure from which the textile element must be removed, at least one flat knit edge being a curved flat knit edge, and (2) a first knit strip having a first property and a second knit strip having a second property that is different from the first property;

wherein the first knit strip and the second knit strip are positioned adjacent to each other along one or more of a lateral side and a medial side of the upper.

# The '562 Patent





(54)  **METHOD OF KNITTING A KNITTED COMPONENT WITH AN INTEGRAL KNIT TONGUE**

SKECHERS

44

# The '562 Patent



**1**. A method of manufacturing a knitted component for an article of footwear, the method comprising:

knitting a portion of the knitted component defining an upper with a knitting machine, the upper including a portion of at least one of an exterior surface of the knitted component and an opposite interior surface of the knitted component; and

knitting an integral knit tongue that is of unitary knit construction with the upper with the knitting machine, the integral knit tongue extending through a throat area of the knitted component; and

wherein the integral knit tongue is joined by knitting with the knitting machine to: (1) a forward portion of the throat area, and (2) at least along a portion of both of a lateral side and a medial side of the throat area of the knitted component extending through a portion of a length of the throat area in a longitudinal direction from the forward portion to an ankle opening of the upper.

SKECHERS 45

# The '636 Patent



(54)   **ARTICLE OF FOOTWEAR
INCORPORATING A KNITTED
COMPONENT WITH AN INTEGRAL KNIT
TONGUE**

# The '636 Patent



1. An article of footwear having an upper and a sole structure secured to the upper, the article of footwear incorporating a knitted component comprising:

a portion of the knitted component defining the upper, the upper including a portion of at least one of an exterior surface of the knitted component and an opposite interior surface of the knitted component, the interior surface defining a void for receiving a foot; and

an integral knit tongue formed with the upper and extending through a throat area of the knitted component; and

at least one raised element extending a height above the exterior surface of the knitted component,

wherein the integral knit tongue is joined to a forward portion of the throat area and at least along a portion of a lateral side and a medial side of the throat area of the knitted component extending from the forward portion to an ankle opening of the upper.

# What Is a Tongue?



"[In a conventional article of footwear], the upper may include a tongue that extends under the lacing system to enhance adjustability of the footwear…"

'562 Patent at 1:52-54.

# Exemplar "*Integral Knit*" Tongue



**FIG. 1**

"In an exemplary embodiment, an integral knit tongue **140** is formed of unitary knit construction with upper **120** and extends through throat area **123** of upper **120** between lateral side **104** and medial side **105**. A lace **122** extends through various lace apertures **143** in raised elements **142** of integral knit tongue **140** ...."

'562 Patent at 6:31-37, FIG. 1 (annotated).

# Knitting An Integral Knit Tongue



**FIG. 20**

"FIG. 20 illustrates knitting machine **1700** completing the courses associated with knitting integral knit tongue **512**, lateral raised element **514**, medial raised element **515**, and a portion of the rest of first knitted component **500** forming upper **502**."

'562 Patent at 21:4-8, FIG. 20 (annotated).

SKECHERS   50

# Upper Having Integral Knit Tongue With Raised Elements



**FIG. 5**

"In some embodiments, integral knit tongue **512** may include raised elements disposed on opposite sides of throat area **520** and extending along the length of integral knit tongue **512** …. As shown in FIG. 5, integral knit tongue **512** includes a lateral raised element **514** and a medial raised element **515**."

# Cross-Section Showing Integral Knit Tongue With Raised Elements



**FIG. 6**

"Referring now to FIG. 6, a cross-sectional view of integral knit tongue **512** is illustrated. ... [A]s shown in FIG. 6, lateral raised element **514** and medial raised element **515** are shown in a _**flat**_ configuration such that first inward facing side **606** and/or second inward facing side **607** is oriented towards first surface **530**."

'562 Patent at 10:22-48 (emphasis added), FIG. 6 (annotated).

Case 2:23-cv-09346-AB-PVC   Document 63-1   Filed 06/28/24   Page 54 of 59   Page ID #:2108



**FIG. 7**

"In various embodiments, however, raised elements, including lateral raised element **514** and medial raised element **515**, may be positioned in an *__upright__* configuration. Referring now to FIG. 7, lateral raised element **514** and medial raised element **515** are shown in an *__upright__* configuration ...."

'562 Patent at 10:48-53 (emphasis added), FIG. 7.

# Upper Having Integral Knit Tongue Without Raised Elements



**FIG. 8**

"In an exemplary embodiment, integral tongue **812** of second knitted component **800** does not include raised elements. ... [S]econd knitted component **800** includes a portion of upper **802** that extends over integral knit tongue **812** to form a lateral inner edge **816** and a medial inner edge **817**."

'562 Patent at 11:45-51, FIG. 8 (rotated and annotated).



**FIG. 9**

"Referring now to FIG. 9, a cross-sectional view of integral knit tongue **812** is illustrated. … In this embodiment, first edge **900** and second edge **902** of integral knit tongue **812** are joined with second surface **832** of upper **802** such that integral knit tongue **812** extends below lateral inner edge **816** and medial inner edge **817** of upper **802**."

# The '484 Patent (No Claim Construction Sought)



(54) **ARTICLE OF FOOTWEAR HAVING A FLAT KNIT UPPER CONSTRUCTION OR OTHER UPPER CONSTRUCTION**



"An advantage of flat knitting is that generally three-dimensional structures may be formed."

"[C]entral portion **71** has a domed shape…. That is, the flat knitting process forms central portion **71** to have a three-dimensional structure that is shaped to extend over the foot."



'484 Patent at 12:51-52, 10:35-38.



**1.** An article of footwear comprising an upper including a flat-knitted element formed from at least one yarn mechanically manipulated in a flat-knitting process, the flat-knitted element including a first layer having:

a central portion having a domed, three-dimensional structure configured for extending over the top of a foot;

a first side portion being formed of unitary construction with the central portion and extending from a first side of the central portion; and

a second side portion being formed of unitary construction with the central portion and extending from a second side opposite the first side of the central portion, the domed, three-dimensional structure shaped to extend above the plane of the first side portion and the second side portion when the flat-knitted element is in a flattened configuration.