| | |
|---|---|
| Christopher J. Renk<br>Chris.Renk@arnoldporter.com<br>Michael J. Harris<br>Michael.Harris@arnoldporter.com<br>ARNOLD & PORTER KAYE<br>SCHOLER LLP<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>*NIKE, INC.*<br><br>[*Additional counsel listed on signature page*] | Morgan Chu<br>mchu@irell.com<br>Samuel K. Lu<br>slu@irell.com<br>Keith A. Orso<br>korso@irell.com<br>Thomas C. Werner<br>twerner@irell.com<br>IRELL & MANELLA LLP<br><br>Attorneys for Defendant and<br>Counterclaim-Plaintiff<br>*Skechers U.S.A., Inc.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC.,<br><br>     *Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>SKECHERS U.S.A., INC.,<br><br>     *Defendant and Counterclaim-Plaintiff*. | Case No. 2:23-cv-09346-AB (PVCx)<br><br>**JOINT STIPULATION DISMISSING CLAIMS AND DEFENSES RELATING TO U.S. PATENT NO. 9,730,484**<br><br>Hon. Andre Birotte Jr. |

1

Plaintiff and Counterclaim-Defendant Nike, Inc. and Defendant and Counterclaim-Plaintiff Skechers U.S.A., Inc., by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on November 6, 2023, Nike filed a Complaint for patent infringement, alleging, *inter alia*, Skechers infringed at least claim 1 of U.S. Patent No. 9,730,484 ("the '484 Patent") by making, using, offering for sale, and/or selling footwear products that infringe one or more claims of the '484 Patent (Dkt. 1);

WHEREAS, on January 12, 2024, Skechers filed an Answer and Counterclaims, denying, *inter alia*, that it directly infringes any claim of the '484 Patent and further alleging, *inter alia*, one or more claims of the '484 Patent are invalid (Dkt. 34);

WHEREAS, on November 19, 2024, Skechers filed a Notice of Motion and Motion to Stay Pending *Inter Partes* Review (Dkt. 87);

WHEREAS, on February 4, 2025, the Court granted Skechers' Motion to Stay Pending *Inter Partes* Review pending institution decisions from the U.S. Patent Trial and Appeal Board ("PTAB") (Dkt. 97);

WHEREAS, on June 23, 2025, Nike and Skechers filed a Joint Status Report Concerning Case Management after the PTAB rendered all institution decisions and wherein Nike represented that it would dismiss with prejudice its claim that Skechers infringes the '484 Patent when the stay is lifted (Dkt. 98);

WHEREAS, on June 26, 2025, the Court lifted the stay and ordered Nike to dismiss with prejudice its claim that Skechers infringes the '484 patent (Dkt. 99);

IT IS NOW THEREFORE STIPULATED THAT:

1. Nike dismisses with prejudice its Fourth Claim for Relief (Patent Infringement Under 35 U.S.C. § 271 of U.S. Patent No. 9,730,484).

2. Skechers dismisses without prejudice its Fourth Affirmative Defense (Non-Infringement of the '484 Patent), Tenth Affirmative Defense (Invalidity of the '484

Patent), Fourth Counterclaim (Declaratory Judgment of Non-Infringement of the '484 Patent), and Tenth Counterclaim (Declaratory Judgment of Invalidity of the '484 Patent).

    3.    Except as stipulated herein, all other Claims and Counterclaims asserted by the parties against one another remain asserted. Nothing in this Joint Stipulation reflects an admission of liability by any Party regarding any allegations made in the Complaint or Counterclaim.

Dated: July 9, 2025

| | |
|---|---|
| By: */s/ Michael J. Harris* | By: */s/ Samuel K. Lu* |
| Christopher J. Renk (admitted *pro hac vice*)<br>Chris.Renk@arnoldporter.com<br>Michael J. Harris (admitted *pro hac vice*)<br>Michael.Harris@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>70 West Madison Street, Suite 4200<br>Chicago, Illinois 60602-4231<br>Telephone: (312) 583-2300<br><br>Lindsey C. Staubach (admitted *pro hac vice*)<br>Lindsey.Staubach@arnoldporter.com<br>Joseph M. Galvin (admitted *pro hac vice*)<br>Joe.Galvin@arnoldporter.com<br>Miranda A. Hallett (admitted *pro hac vice*)<br>miranda.hallett@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, D.C., 20001<br>Telephone: (202) 942-6745<br><br>Matthew M. Wilk (admitted *pro hac vice*)<br>Matthew.Wilk@arnoldporter.com<br>Hilda Obeng (admitted *pro hac vice*)<br>Hilda.Obeng@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-7883<br><br>Michael Sebba (SBN 345439)<br>Michael.Sebba@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4000<br><br>*Attorneys for Plaintiff and Counterclaim-Defendant NIKE, INC.* | Morgan Chu (SBN 70446)<br>mchu@irell.com<br>Samuel K. Lu (SBN 171969)<br>slu@irell.com<br>Keith A. Orso (SBN 217490)<br>korso@irell.com<br>Thomas C. Werner (SBN 223792)<br>twerner@irell.com<br>Lucas S. Oxenford (SBN 328152)<br>loxenford@irell.com<br>Connor R. He-Schaefer (SBN 341545)<br>che-schaefer@irell.com<br>Nicholas J. Wagner (SBN 351548)<br>nwagner@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue Of The Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Michael M. Rosen (SBN 230964)<br>mrosen@irell.com<br>IRELL & MANELLA LLP<br>750 17th Street NW, Suite 850<br>Washington, DC 20006<br>Telephone: (202) 777-6500<br><br>*Attorneys for Defendant*<br>*And Counterclaim-Plaintiff*<br>*SKECHERS U.S.A., INC.* |

4

Joint Stipulation Dismissing '484 Patent                                   Case No. 2:23-cv-09346-AB (PVC)

# ATTESTATION OF CONCURRENCE

I, Michael J. Harris, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION DISMISSING CLAIMS AND DEFENSES RELATING TO U.S. PATENT NO. 9,730,484**. I attest that, pursuant to United States District Court, Central District of California Local Rule 5-4.3.4(a)(2), all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

Dated: July 9, 2025

*/s/ Michael J. Harris*
Michael J. Harris